UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2016 AUG 17   PM 12: 40

UNITED STATES OF AMERICA

v.

JAMES MATTHEW CARTWRIGHT

CASE NO. 8: 16-cr-371-T-17TGW
21 U.S.C. § 846
21 U.S.C. § 963
21 U.S.C. § 853 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date through on or about December 22, 2014, in the

Middle District of Florida and elsewhere, the defendant

### JAMES MATTHEW CARTWRIGHT

did knowingly and willfully conspire and agree with others both known and

unknown to the Grand Jury, to distribute, and possess with intent to distribute, a

mixture and substance containing a detectable amount of acetyl fentanyl (N-(1-

phenethylpiperidin-4-yl)-N-phenylacetamide), a Schedule I controlled substance

analogue, contrary to the provisions of Title 21, United States Code, Sections

841(a)(1), 802(32), and 813.

In violation of Title 21, United States Code, Sections 846 and

841(b)(1)(C).

## COUNT TWO

From an unknown date through on or about December 22, 2014, in the
Middle District of Florida and elsewhere, the defendant

### JAMES MATTHEW CARTWRIGHT

did knowingly and willfully conspire and agree with others both known and
unknown to the Grand Jury, to import into the United States from a place outside
thereof, a mixture and substance containing a detectable amount of acetyl
fentanyl, (*N*-(1-phenethylpiperidin-4-yl)-*N*-phenylacetamide), a Schedule I
controlled substance analogue, contrary to the provisions of Title 21, United
States Code, Sections 841(a)(1), 802(32), 813, and 952(a).

In violation of Title 21, United States Code, Section 963.

## COUNT THREE

From an unknown date but at least as early as December 22, 2014, in the
Middle District of Florida and elsewhere, the defendant

### JAMES MATTHEW CARTWRIGHT

did knowingly and intentionally attempt to possess with the intent to distribute
and distribute a mixture and substance containing a detectable amount of acetyl
fentanyl, (*N*-(1-phenethylpiperidin-4-yl)-*N*-phenylacetamide), a Schedule I
controlled substance analogue, contrary to the provisions of Title 21, United
States Code, Sections 841(a)(1), 802(32), and 813.

All in violation of Title 21, United States Code, Sections 846 and
841(b)(1)(C).

2

## FORFEITURES

1.     The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture under Title 21, United States Code, Section 853.

2.     Upon conviction of the violations alleged in this Indictment, punishable by imprisonment for more than one year, the defendant,

JAMES MATTHEW CARTWRIGHT,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any:

> a.     Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of such violations; and
>
> b.     Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violations.

3.     If any of the property described above, as a result of any act or omission of the defendant:

> a.     Cannot be located upon the exercise of due diligence;
>
> b.     Has been transferred or sold to, or deposited with, a third party;
>
> c.     Has been placed beyond the jurisdiction of the Court;
>
> d.     Has been substantially diminished in value; or

3

    e.       Has been comingled with other property which cannot be

divided without difficulty

the United States of America shall be entitled to forfeiture of substitute property

under Title 21, United States Code, Section 853(p).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
Daniel M. Baeza
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Narcotics Section

T:\_Cases\Criminal Cases\C\Cartwright, James_2015R00218_DMB\p_Indictment.docx

FORM OBD-34
APR 1991                                No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JAMES MATTHEW CARTWRIGHT

## INDICTMENT

Violations:

Title 21, United States Code, Section 846
Title 21, United States Code, Section 963

A true bill.

_____
Foreperson

Filed in open court this 17th day

of August 2016.

_____
Clerk

Bail $ _____

GPO 863 525