UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| CASE No. 8:16-cr-371-T-17TGW | DATE: AUGUST 31, 2016 |

# HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v-<br>JAMES MATTHEW CARTWRIGHT | AUSA DANIEL BAEZA<br><br>AFPD MYRA CAUSE |
| TIME: 3:49 - 3:57<br>COURT RPTR: N/A<br>TAPE: DIGITAL | DEPUTY CLERK: Dawn M. Saucier<br>COURTROOM 12A |

**PROCEEDINGS: INITIAL/ARRAIGNMENT/DETENTION**

| | |
|---|---|
| __X__ | Deft provided w/copy of INDICTMENT |
| __X__ | Arrest Date: 8/31/2016 |
| __X__ | Financial Affidavit submitted for approval |
| __X__ | Federal Public Defender appointed for all purposes including trial |
| __X__ | Court advises of Defendant's Rule 5 rights and charges |
| __X__ | Defendant waives formal reading of indictment |
| __X__ | Not guilty plea entered as to all counts |
| __X__ | Defendant requests to participate in Rule 16 discovery |
| __X__ | Detention: |

| | | |
|---|---|---|
| | Government: | Requests detention as danger to community and flight risk; presumption applies; offenses carry maximum 20-year sentence; defendant has history of drug use and used heroin as recently as yesterday. |
| | Defendant: | Reserves on bond. |
| | Court: | Defendant to be detained on basis of presumption but reserving to defendant the right to have bond reconsidered on the filing of appropriate motion. |

| | |
|---|---|
| __X__ | Trial to be set on notice before Judge Kovachevich |
| __X__ | Status conference set for 9/23/2016 at 10:30 a.m. before Judge Kovachevich |
| __X__ | Pre-trial discovery order to be entered by Judge Wilson |
| __X__ | Defendant remanded to custody of U.S. Marshal |