UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                  CASE No. 8:16-cr-371-T-17TGW

JAMES MATTHEW CARTWRIGHT
_____

## ORDER OF DETENTION

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. For the following reasons, the defendant should be detained without bail.

The defendant has been charged with three counts relating to the importation, possession, and distribution of the controlled substance acetyl fentanyl. There is a rebuttable presumption that no condition of release, or combination of conditions of release, will reasonably assure the appearance of the defendant, or the safety of the community, if the court finds that there is probable cause to believe that the offenses have been committed. 18 U.S.C. 3142(e). By virtue of the indictment returned against the defendant, probable cause has been established to believe that the defendant committed the offenses alleged in the indictment. Accordingly, there is a rebuttable presumption that no condition of release will reasonably assure the appearance of the defendant or the safety of the community.

The defendant did not challenge the government's request for detention at this time but requested, and was granted, the opportunity to seek to rebut the presumption in the future on the filing of an appropriate motion.

It is, therefore, upon consideration,

ORDERED:

1. That the defendant **JAMES MATTHEW CARTWRIGHT** shall be **DETAINED** without bond.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 31st day of August, 2016.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE