AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

JAMES MATTHEW CARTWRIGHT

Defendant

Case No. 8:16-cr-371-T-17TGW

SEALED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES MATTHEW CARTWRIGHT,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute, a mixture and substance containing a detectable amount of acetyl fentanyl;
Conspiracy to import acetyl fentanyl into the United States.

In violation of Title 21, United States Code, Sections 846 and 963.

Date: 8/17/16

*Issuing officer's signature*

City and state:   Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8-18-16, and the person was arrested on *(date)* 8-31-16
at *(city and state)* _____.

Date: 8/31/16

*Arresting officer's signature*

Jennifer Jackson
*Printed name and title*