UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                        CASE NO: 8:16-cr-371-CEH-TGW

JAMES MATTHEW
CARTWRIGHT
_____/

### ORDER

This matter comes before the Court upon Defendant's Pro Se Motion for Early Termination of Probation (Doc. 46). In the motion, Defendant indicates that he has successfully fulfilled every requirement of probation without incident, has a zero-incident record in supervised release as well as imprisonment, continues to live on his own, and is gainfully employed. Therefore, Defendant requests the Court terminate his supervised release. The Government has no objection to the motion. *See* Doc. 49. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Pro Se Motion for Early Termination of Probation.

Accordingly, it is hereby

**ORDERED**:

1. Defendant's Pro Se Motion for Early Termination of Probation (Doc. 46) is GRANTED.

2. Having considered the factors in 18 U.S.C. § 3535(a), early termination of Defendant's supervised release is warranted by Defendant's conduct and is in the interest of justice.

**DONE AND ORDERED** in Tampa, Florida on September 9, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any